FILED
Clerk
District Court

MAR -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In the Matter of the Estate of ) | Civil No. 08-0011 |
| ) | |
| LARRY LEE HILLBLOM ) | ORDER DISMISSING |
| ) | PETITION and |
| _____ ) | CLOSING FILE |

On February 19, 2008, this court received what purported to be a pro se petition for removal from the Commonwealth Superior Court to this court the above-entitled proceeding, pursuant to 28 U.S.C. §§ 1441 and 1446.

This matter is ORDERED dismissed.

Only a defendant may remove an action to federal court and petitioner's assertion that her status "may have [been] mischaracterized" in Superior Court is insufficient to enable her to remove the action to this court. Further, she failed to

AO 72
(Rev. 08/82)

comply with the explicit requirements of 28 U.S.C. § 1446 which require, among other things, that certain time limits be observed, that the entire record of the Superior Court be attached to the removal petition, that her petition contain a "short and plain" statement of the grounds for removal, and that her statement be made and signed pursuant to Fed.R.Civ.P. 11. Also, this probate proceeding has been in Superior Court for quite some time and petitioner Bauer has filed an appeal to the Commonwealth Supreme Court, so she is actively pursuing her remedies there. Finally, and most important, it is difficult to discern how this court would have any jurisdiction over a local probate matter. At the least, issues of comity counsel that this court decline jurisdiction based on the record before it.

Accordingly, this matter is dismissed and the file is closed.

IT IS SO ORDERED.

DATED this 7th day of March, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)